# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | §   CRIMINAL COMPLAINT |
| vs. | §   CASE NUMBER: DR:22-M -00577(1,2) |
| | § |
| (1) Sarah Butler | § |
| (2) Amy Jo Thompson | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 15, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(v)(I)** .

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On March 15, 2022, the defendants, Amy Jo THOMPSON and Sarah BUTLER, both US citizens, were arrested in Dimmit County, Texas, within the Western District of Texas, for conspiring to transport 2 illegal aliens further into the US. Border Patrol Agents working checkpoint duties performed an inspection on a Lexus sedan, of which THOMPSON was the driver, and BUTLER the front passenger. Agents found two subjects in the trunk*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
De Milio, Gregory D.
Border Patrol Agent

03/18/2022                           at    DEL RIO, Texas
File Date                                                   City and State

VICTOR ROBERTO GARCIA                      _____
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -00577(1,2)

(1) Sarah Butler
(2) Amy Jo Thompson

**Continuation of Statement of Facts:**

of the vehicle, both of whom were illegal aliens without any documents to allow them to be in the US. Previously, on March 01, 2022, a Nissan sedan driven by THOMPSON with Butler as the passenger was encountered near Eagle Pass, Texas. Border Patrol Agents manning the checkpoint inspected the Nissan sedan, and 2 illegal aliens without any documents to be or remain the US were found in the trunk of the vehicle."

_____  _____
Signature of Judicial Officer            Signature of Complainant